**FILED**

APR 2 9 2016

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY_____DEPUTY

1  DANIEL G. BOGDEN
   United States Attorney
2  JAMES E. KELLER
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada  89501
4  (775) 784-5438

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT GENE RAND,<br>RICHARD WINSTON WEST II,<br>   a/k/a Richie West,<br>OMAR AHSAN AHMAD,<br>JOSHUA ROSS GREEN,<br>CLINT MITCHELL BLOODWORTH,<br>KATHLEEN GRIFFIN,<br>RYAN DANIEL SMITH,<br>ALAN RUSSEL MARTINEZ, and<br>BRADEN KYLE RILEY,<br><br>    Defendants. | Case No. 3:16-MJ-0064-VPC<br><br>UNITED STATES' MOTION TO UNSEAL COMPLAINT |

The government hereby moves the Court for an order unsealing the Complaint (the first five (5) pages) filed on April 27, 2016, in the above-captioned matter.  The government further requests that the corresponding affidavit attached to the Complaint remain sealed for the reasons stated in the affidavit until further order of the Court.

DATED this 29th day of April, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


 /s/ James E. Keller
JAMES E. KELLER
Assistant United States Attorney

1

**ORDER**

Based upon the foregoing request, the Court hereby ORDERS that the Complaint (the first five (5) pages) filed on April 27, 2016, be unsealed.  The Court FURTHER ORDERS that the affidavit in support of the Complaint remain sealed until further Order of the Court.

DATED this 29th day of April, 2016.

VALERIE P. COOKE
United States Magistrate Judge